IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES H. HAWES,

    Plaintiff,

v.

                                  CV 616-015

STATE OF GEORGIA,

    Defendant.

## O R D E R

Presently before the Court is Defendant's motion to stay discovery. (Doc. 18.) Plaintiff initiated this action on February 4, 2016 and asserts a claim for false imprisonment against the State of Georgia. (Doc. 1.) Defendant has moved to dismiss Plaintiff's complaint. (Doc. 16.) Defendant now requests that the Court stay discovery and other deadlines in this matter pending resolution of its motion to dismiss. Upon consideration, the Court **GRANTS** Defendant's request. Discovery in this case shall be stayed pending the Court's resolution of Defendant's motion to dismiss. Should Defendant's motion be denied, the parties are instructed to file a proposed scheduling

order within fourteen days after the Court's ruling on the motion to dismiss.

**ORDER ENTERED** at Augusta, Georgia this 17th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA