# United States District Court
## Southern District of Georgia

JAMES H. HAWES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV616-015

STATE OF GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 19, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED and this case stands CLOSED.



December 19, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk